1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3740
7      Facsimile:   (510) 637-3724
       E-Mail:      Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. 4-11-70769-MAG
                                    )
14            Plaintiff,             )   STIPULATION AND ORDER TO
                                    )   CONTINUE STATUS CONFERENCE
15     v.                            )   AND EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
16 GERMAINE RAMSEY,                  )
                                    )
17            Defendant.             )
                                    )
18

19       IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through her attorney, Elena Condes, that the preliminary

21 hearing or arraignment presently set for September 21, 2011, be continued to October 18, 2011

22 at 9:30 a.m.  Defense counsel requires additional time to review the produced discovery and

23 conduct necessary investigation.  The parties agree that the delay is not attributable to lack of

24 diligent preparation on the part of the attorney for the government or defense counsel.  For these

25 reasons, the parties request that time under the Speedy Trial Act be excluded based on the

26 defense's need for reasonable time necessary for effective preparation, taking into account the

27 exercise of due diligence.  Defendant also agrees to waive the timing of a preliminary hearing or

28 indictment under 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1.  The parties

STIPULATION AND ORDER
No. 4-11-70769-MAG

agree that the waiver covers all time between the date of this stipulation and October 18, 2011.

IT IS SO STIPULATED:

Dated: September 19, 2011                              /S/
                                              ELENA CONDES
                                              *Attorney for Defendant*


Dated: September 19, 2011                              /S/
                                              JOSHUA HILL
                                              Assistant United States Attorney


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for September 21, 2011 is hereby rescheduled for October 18, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between September 19, 2011 and October 18, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 19, 2011 and October 18, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between September 19, 2011 and October 18, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  In addition, upon consent of defendant, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1.  The waiver covers all time between September 19, 2011 and October 18, 2011.

DATED: September 19, 2011                     _____
                                              HONORABLE DONNA M. RYU
                                              United States Magistrate Judge