1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. 4-11-70769-MAG
                                     )
14          Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE STATUS
15      v.                            )   CONFERENCE AND EXCLUDE TIME
                                     )   UNDER THE SPEEDY TRIAL ACT
16  GERMAINE RAMSEY,                 )
                                     )
17          Defendant.                )
                                     )
18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendant through her attorney, Elena Condes, that the preliminary

21  hearing or arraignment presently set for October 18, 2011, be continued to November 17, 2011 at

22  9:30 a.m.  Defense counsel requires additional time to review the produced discovery and

23  conduct necessary investigation.  The parties agree that the delay is not attributable to lack of

24  diligent preparation on the part of the attorney for the government or defense counsel.  For these

25  reasons, the parties request that time under the Speedy Trial Act be excluded based on the

26  defense's need for reasonable time necessary for effective preparation, taking into account the

27  exercise of due diligence.  Defendant also agrees to waive the timing of a preliminary hearing or

28  indictment under 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1.  The parties

1  agree that the waiver covers all time between the date of this stipulation and November 17, 2011.

2  IT IS SO STIPULATED:

3  Dated: October 17, 2011                                         /S/
                                                           ELENA CONDES
4                                                          *Attorney for Defendant*

6  Dated: October 17, 2011                                         /S/
                                                           JOSHUA HILL
7                                                          Assistant United States Attorney

9  **ORDER**

10  GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
11  matter now scheduled for October 18, 2011 is hereby rescheduled for November 17, 2011 at 9:30
12  a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds
13  that failing to exclude the time between October 17, 2011 and November 17, 2011 would
14  unreasonably deny the defense the reasonable time necessary for effective preparation, taking
15  into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further
16  finds that the ends of justice served by excluding the time between October 17, 2011 and
17  November 17, 2011 from computation under the Speedy Trial Act outweigh the best interests of
18  the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time
19  between October 17, 2011 and November 17, 2011 shall be excluded from computation under
20  the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  In addition, upon consent of
21  defendant, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. §
22  3161(b) and Federal Rule of Criminal Procedure 5.1.  The waiver covers all time between
23  October 17, 2011 and November 17, 2011.

25  DATED: October 17, 2011                      _____
                                                  LAUREL BEELER
26                                                United States Magistrate Judge